372 A.2d 434

Commonwealth ex rel. Broderick v. Bilbow, Appellant.

Argued December 7, 1976. Judy F. Berkman, for appellant; Elliott M. Winer, with him Winer and Einhorn, for appellee.

Order affirmed.

372 A.2d 434

Commonwealth ex rel. Hurwitz, Appellant, v. Hurwitz.

Argued December 8, 1976. Lewis Kates, with him Kates and Livesey, for appellant; Stephen G. Yusem, with him High, Swartz, Roberts & Seidel, for appellee.

Order affirmed.